1  Daniel L. Casas, Esq. (CA Bar No. 116528)
   William A. Kumer, Esq. (CA Bar No. 202562)
2  REYNOLDS CASAS & RILEY, LLP
   One First Street, Suite 2
3  Los Altos, CA 94022
   (650) 948-7200
4  (650) 948-7220 FAX

5  Attorneys for Plaintiff
   Joe Verde Sales and Management
6  Training, Inc.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JOE VERDE SALES AND MANAGEMENT            CASE NO.  C 06-02408 MHP
   TRAINING, INC., a California corporation,
12
                   Plaintiff                 [**PROPOSED**] ORDER GRANTING
13                                           STIPULATION OF DISMISSAL
            vs.
14
   RESULT TECHNOLOGY GROUP, LLC,             **Judge: Honorable Marilyn Patel**
15 DARREN VANCLEAVE, and DOES 1 through
   25, inclusive,
16
                   Defendants.
17

18

19      The Court having reviewed the parties' Stipulation of Dismissal,

20      IT IS ORDERED THAT the above-captioned action be and hereby is dismissed, with prejudice

21 as to any further California actions only, pursuant to FRCP 41(a)(11).

22

23                    *  *  *  *   END OF ORDER   *  *  *  *

24

25

26 Date: __11/8/2006__

27

28

IT IS SO ORDERED

Judge Marilyn H. Patel